UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80114-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ELEAZAR CHAY,**

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOLLOWING CHANGE OF PLEA HEARING [ECF NO.22]

THIS CAUSE came before the Court on Magistrate Judge William Matthewman's Report and Recommendations on Change of Plea, entered on November 14, 2025 [ECF No. 22]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed Judge Matthewman's Report and Recommendations and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 22]** is **AFFIRMED AND ADOPTED**, and Defendant, Eleazar Chay's change of plea is accepted, and Defendant is adjudicated guilty as to the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 2nd day of December, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge William Matthewman